In the United States District Court

For the District of Rhode Island
(Form mailed February 9, 2007)

Michael Ducharme

Enter above the full name of the plaintiff in this action.

v.

Civil Action No. ____________

Assistant Director Jake Gadsden
Deputy Donna Collins, Lt. Avila
Director Ashel T. Wall II
Investigator Joe Forgue, Lt. Galligan

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☑

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

Defendants: ____________

2. Court (if federal court, name the district; if state court, name the county):

____________

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: PO Box 8200 CRANSTON, RI 02920

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☑ No ☐

B. If your answer is YES:

1. What steps did you take? I have Sent Review With LeTTER AND Request Forms To DONNA Collins (Deputy) AShBel T. WAll (Director) JAke GADSDEN AND Joe FoRgue. I have exausted All my options.

2. What was the result? ______________________

C. If your answer is NO, explain why not: ______________________

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Michael DuchArme

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant AShBel T. WAll II is employed as DiRECTOR at Rhode Island Department of Corrections

C. Additional Defendants: Deputy Donna Collins, Assistant Director Jake GADSDEN LT. Avila, LT. Gallison Investigator Joe Forgue

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

The Following DEFENDANT'S have engaged in A CONSPIRACY TO DEPRIVE MR. DUCHARME OF LIBERTY INTEREST'S AS WELL AS Due PROCESS which is AFFORDED TO him UNDER The U.S. CONSTITUTION. MR. DUCHARME WOULD BE ON PAROLE AT This MOMENT if it WAS NOT FOR This CONSPIRACY. His PAROLE has Been VIOLATED BECAUSE OF These issues AND he RESPECTFULLY REQUESTS THAT This honorable COURT help PROTECT his Right's The Following is A NARRATIVE OF WHAT happened.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

I WOULD LIKE FOR This COURT TO MAKE The RHODE ISLAND DEPARTMENT OF CORRECTIONS Dismiss The CHARGE OF ASSAULT, AND TO REINSTATE All MY LOSS OF GOOD TIME. THANK YOU FOR YOUR help in This MATTER

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this ~~Michael Ducharme~~ 9th day of FEBRUARY, 2007.

[signature]

Signature of plaintiff

Michael Ducharme #67825
High Security Box 8200
CRANSTON, RI 02920

Complete address of plaintiff

Signed and sworn before me on this 9th day of February, 2007.

Colleen Warren
Commission Expires
9/3/09