UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael Ducharme
Plaintiff

V. CA07-63S

A.T. Wall, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on March 1, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). No objection having been filed, Plaintiff's Complaint is DISMISSED without prejudice.

BY ORDER:

Baldwell
DEPUTY CLERK

ENTER:

WSmm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 3/26/07