**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Michael Ducharme**

**V.**

**Case Number: C.A. NO.07-63S**

**A.T. Wall, et al**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the defendants, Jake Gadsden; Donna Collins, Deputy; Lt. Avila; A.T. Wall, Director, Joseph Forgue, Investigator; Lt. William Galligan against the Plaintiff, Michael Ducharme pursuant to the Court's Order dated March 26, 2007 adopting the Magistrate's Report and Recommendation dated March 1, 2007 dismissing the Plaintiff's Complaint without prejudice.**

**March 27, 2007**
**Date**

[signature]
**Deputy Clerk**